# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 2, 2007

Clifford W. Taylor,
Chief Justice

132015

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

ROBERT MILTON VANGEISON,
　　　　Defendant-Appellant.

SC: 132015
COA: 254117
Muskegon CC: 03-048408-FH

_____/

On order of the Court, the application for leave to appeal the July 13, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Defendant is entitled to early parole eligibility under MCR 791.234(12). *People v Kelly*, 474 Mich 1026 (2006).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 2, 2007

_____
Clerk

p0130